**Opinion issued July 31, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 02-25-00536-CV
_____

## IN RE DAWN MAYS-FLOYD, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Dawn Mays-Floyd, has filed a petition for writ of mandamus, requesting that we "command[] respondent to enter the QDRO, in the Cause #2019-32878."[1]

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Justices Guerra, Gunn, and Dokupil.

---

[1] The underlying case is *In the Matter of the Marriage of Dawn Mays-Floyd and Jeffery Donnell Floyd*, cause number 2019032878, pending in the 311th District Court of Harris County, the Honorable Germaine J. Tanner presiding.